IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ESPERANZA CASTRO,

    Plaintiff,

v.                                                                     No. CV 20-622 WJ/CG

ZURICH AMERICAN INSURANCE
COMPANY,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE
## TO FILE THIRD-PARTY COMPLAINT

**THIS MATTER** is before the Court on Defendant Zurich American Insurance Company's *Motion for Leave to File Third-Party Complaint* (the "Motion"), (Doc. 23), filed November 2, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED.**

**IT IS HEREBY ORDERED** that Defendant Zurich American Insurance Company may file its Third-Party Complaint, (Doc. 23-1), and serve a Summons and Complaint upon Joseph Smith, by no later than **December 3, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE