**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ESPERANZA CASTRO,

       Plaintiff,

v.                                         No. CV 20-622 WJ/CG

ZURICH AMERICAN INSURANCE
COMPANY,

       Defendant.

**ORDER VACATING TELEPHONIC STATUS CONFERENCE**

      **THIS MATTER** is before the Court on the parties' *Stipulated Motion to Reset Hearing Set for February 10, 2021 at 1:30 P.M.* (the "Motion"), (Doc. 29), filed February 9, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

      **IT IS HEREBY ORDERED** that the telephonic status conference scheduled for **Wednesday, February 10, 2021, at 1:30 p.m.**, is **VACATED**. The Court will reset the status conference by separate order.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE