## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ESPERANZA CASTRO,

      Plaintiff,

v.                                                                                          No. CV 20-622 WJ/CG

ZURICH AMERICAN INSURANCE
COMPANY, et al.,

      Defendants.

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend the Dispositive Motion Deadline to March 15, 2021* (the "Motion"), (Doc. 38), filed March 12, 2021. The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for pretrial motions, other than discovery motions, shall be extended to **March 15, 2021**. All other deadlines contained in the Court's *Scheduling Order*, (Doc. 18), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE